

# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 07cv1289 (RBW) |
|---|---|
| DEFENDANT One 2002 Gray BMW 745LI, VIN: WBAGN634X2DR06697, et al. | TYPE OF PROCESS Verified Complaint and Warrant of Arrest in Rem |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) One 2001 Silver Mercedes Benz S500 VIN: WDBNG75J11A138653 (Defendant) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Diane G. Lucas<br>Assistant United States Attorneys<br>555 4th Street, NW, Room 4822<br>Washington, DC 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

IRS Case no. 540520237

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant<br>DIANE G. LUCAS | TELEPHONE NO. (202) 514-7912 | DATE 8/3/07 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS. *Ronald D. Williams 8/3/07*

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. *Ronald D. Williams* | DATE 8/3/07 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.<br>*Ronald D. Williams IRS-CI* | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 8/3/07 / TIME OF SERVICE 10:15 (X) AM ( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY *Ronald D. Williams Special Agent* |

REMARKS: *Vehicles are being stored at an IRS facility in Baltimore, Maryland.*

TD F 90-22.48 (6/96)