# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES AMERICA
C/O UNITED STATES ATTORNEY
OFFICE JUDICIARY CENTER BUILDING
555 4TH STREET, N.W
WASHINGTON DC 20530
    PLAINTIFF,

CASE NO:1:07-CV-01289
WALTON,REGGIE B.

V.

ONE 2002 GRAY BMW 745LI
VIN:WBAGN634X2DR06697
AND
ONE 2001 SILVER MERCEDES BENZ S500
VIN:WDBNG75J11A138653
    DEFENDANTS,

## VERIFIED ANSWER TO INFORMATION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY

COMES NOW,DUANE MCKINNEY,IN PROPER PERSON BY PRO SE. AND FILES THIS VERIFIED ANSWER TO THE INFORMATION AND NOTICE OF FORFEITURE REGARDING THE ABOVE-DESCRIBED PROPERTY CONTAIN IN THE STYLE OF THIS CASE AND MOVES THE COURT FOR THE RETURN OF SAME, AND IN SUPPORT THEREOF STATES AS FOLLOWS:

1.THIS CASE IS BASE ON LIES AND THE CLEAR VIOLATION OF MY RIGHTS.I WAS NEVER PULLED OVER BY VA POLICE.HE REQUEST MY I.D WITHOUT CAUSE ONLY ME BEING BLACK AND ME OPERATING A EXPENSIVE VEHICLE.

2.THIS OFFENSE THAT I WAS ARRESTED FOR WAS DISMISS SIX YEARS AGO.YES IT WAS $159,040.00 PLUS $109.00.IN THE TRUNK OF MY CAR.

3.I DUANE MCKINNEY NEVER AGREED TO TALK TO ANY LAW ENFORCEMENT.WHATEVER THE THIS US ATTORNEY OFFICE HAVE IS ILLEGAL AND UNCONSTITUIONAL AND IS A DIRECT VIOLATION.

RECEIVED

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.ALL OR MAJORITY OF THESE PROPERTIES CAN BE IDENTIFIED BY THE PROPER PAPERWORK; NOT JUST A DEED.THESE DEEDS R USELESS IF NO DEED IS ACCOMPANIED WITH A FP/7C.THE GOVERNMENT IS WITHHOLDING EVIDENCE.

5.THESE VEHICLE WAS ILLEGALLY SEIZED BY THE IRS AGENT RONALD WILLIAMS.THESE VEHICLES WAS REPORTED STOLEN.AFTER A TALK WITH WILLIAM R. CROWDEN ASSISTANT UNITED STATES ATTORNEY.WHO STATED CLEARLY EVERY AGENCY MUST (1)MUST HAVE A WARRANT (2)MUST LEAVE A INVENTORY SHEET IF ANYTHING SEIZED (3) THEY HAVE 30DAYS TO FILE A FORFEITURE.NONE HAVE TRANSPIRE.

6.THE INFORMATION AND NOTICE SET FORTH HAS NO MORE THAN THE TEXT OF THE FORFEITURE STATUTE AND CONTAIN NO FACTS IN SUPPORT OF THE CONCLUSION STATED IN THE INFORMATION AND NOTICE OF FORFEITURE.

7.THE SAID DUANE MCKINNEY HAS NEVER BEEN CONVICTED OF ANY CRIMINAL OFFENSE OR ACTIVITY OF THE TYPE MENTIONED IN THE INFORMATION OR NOTICE OF FORFEITURE.

   WHEREFORE THE PREMISES CONSIDERED,THE SAID DUANE MCKINNEY MOVES THE COURT FOR THE ENTRY OF AN ORDER DIRECTING THAT THE ABOVE-DESCRIBED MOTOR VEHICLE BE FORTHWITH RETURNED TO HIS POSSESSION.

DUANE MCKINNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF _____ 2007 IN MY JURISDICTION AFORESAID BY DUANE MCKINNEY.

NOTARY PUBLIC

MY COMMISSION EXPIRES:_____

DUANE MCKINNEY
1035 10TH STREET N.E UNIT 1
WASHINGTON DC 20002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING VERIFIED ANSWER TO INFORMATION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY. WAS MAILED TO DIANE G. LUCAS, D.C ASSISTANT UNITED STATES ATTORNEY 555 4TH WASHINGTON DC 20530. THIS __ DAY OF August 6, 2007.

_____
DUANE MCKINNEY