IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF

DISTRICT OF COLUMBIA          CV NO:07-1289
                                              (RBW)

UNITED STATES OF AMERICA,
          PLAINTIFF
     V.

ONE 2002 GRAY BMW 745 LI
VIN:WBAGN634X2DR06697
AND
ONE 2001 SILVER MERCEDES BENZ S500
VIN:WDBNG75J11A138653,
          DEFENDANT.

OPPOSITION MOTION TO STRIKE ANSWER AND ENTRY OF

DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE

AGAINST THE IN REM DEFENDANT CURRENCY.

COMES NOW, DUANE MCKINNEY IN PERSON IN THE DOCTRINE OF PRO-

SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT FOR THE DENIAL

OF PLAINTIFF MOTION AND PLACE THIS CASE AS A STAY FOR THE

CRIMINAL CASE 07-113.

### STATEMENT AND ARGUMENT

1.THIS CASE IS IN THE CRIMINAL INDICTMENT AND THEREFORE

IT CANNOT BE SEPARATED.AND I WOULD LIKE TO REST MY

CASE ON THE RULES OF THIS COURT.

*[signature]*

**RECEIVED**
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DUANE MCKINNEY 1035 10TH ST N.E UNIT #1**
**WASHINGTON DC 20002**