UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>              Plaintiff,                              )<br>                                                              )<br>       v.                                                 )<br>                                                              )<br>One 2002 Gray BMW 745LI,          )<br>VIN: WBAGN634X2DR06697      )<br>                                                              )<br>and                                                       )<br>                                                              )<br>One 2001 Silver Mercedes Benz S500, )<br>VIN: WDBNG75J11A138653,       )<br>                                                              )<br>              Defendants.                         )<br>_____ ) | Civil Action No. 07-1289 (RBW) |

## ORDER

Upon consideration of Duane McKinney's motion to stay the forfeiture proceedings, the United States' opposition and the record herein, it is hereby DENIED.

Dated this _____ day of _____, 2007.


                                                                                    _____
                                                                                    REGGIE B. WALTON
                                                                                    United States District Judge

cc:

Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4822
Washington, D.C. 20530

Mr. Duane McKinney, *Pro se*
1610 R Street SE, Apartment #3
Washington, DC 20020

and

Mr. Duane McKinney, *Pro se*
1035 10th Street, NE
Washington, DC 20002

Christopher M. Davis
415 10th Street, N.W.
9th Floor
Washington, D.C. 20005