UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO:1:07-CV-01289
WALTON,REGGIE B.

UNITED STATES AMERICA
C/O UNITED STATES ATTORNEY
OFFICE JUDICIARY CENTER BUILDING
555 4TH STREET, N.W
WASHINGTON DC 20530
    PLAINTIFF,

   V.

ONE 2002 GRAY BMW 745LI
VIN:WBAGN634X2DR06697
AND
ONE 2001 SILVER MERCEDES BENZ S500
VIN:WDBNG75J11A138653
    DEFENDANTS,

### VERIFIED ANSWER TO INFORMATION AND NOTICE OF FORFEITURE AND MOTION FOR RETURN OF SEIZED PROPERTY

    COMES NOW,EDNA R MCKINNEY,IN PROPER PERSON BY PRO SE. AND FILES THIS VERIFIED ANSWER TO THE INFORMATION AND NOTICE OF FORFEITURE REGARDING THE ABOVE-DESCRIBED PROPERTY CONTAIN IN THE STYLE OF THIS CASE AND MOVES THE COURT FOR THE RETURN OF SAME, AND IN SUPPORT THEREOF STATES AS FOLLOWS:

  1.THESE VEHICLE ARE MINES AND I KNOW YOU ALL KNOW THIS,BY THE TITLE.

  2.I NEVER COMMITED A CRIME IN ALL OF MY (67YRS).

  3.I GAVE DUANE MCKINNEY $18,000.00 IN US CURRENCY TO PURCHASE THE MERCEDES BENZ..

  4.THE 745LI BMW WAS GIVEN TO ME FOR $500.00 DOLLARS.

RECEIVED
NOV 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. I WORK SEVEN DAYS A WEEK, I LOVE MY SON BUT I DO NOT DO ANYTHING OUTSIDE OF LOVING HIM, WE DO NO BUSINESS TOGETHER.

6. THE FORFIETURE OF THE CARS REASON ARE VERY WRONG.

7. THE BMW 745LI WAS DUANE MCKINNEY, THE MERCEDES BENZ NEVER WAS DUANE MCKINNEY..

   WHEREFORE THE PREMISES CONSIDERED, THE SAID EDNA R MCKINNEY MOVES THE COURT FOR THE ENTRY OF AN ORDER DIRECTING THAT THE ABOVE-DESCRIBED MOTOR VEHICLE BE FORTHWITH RETURNED TO HIS POSSESSION.

_____
EDNA R MCKINNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF _____ 2007 IN MY JURISDICTION AFORESAID BY EDNA RUTH MCKINNEY.

SAMUEL SMITH JR.
PRINCE GEORGE'S COUNTY MD
COMMISSION EXPIRES 12-01-2000

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _____ DATE _____

_____
EDNA R MCKINNEY
5311 POWHATAN STREET
RIVERDALE, MD 20737-2145