UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No.  07-1289 (RBW)
                                    )
ONE 2002 GRAY BMW 745LI,            )
VIN: WBAGN634X2DR06697, et al.      )
        Defendants.                 )
                                    )
_____ )

**ORDER**

On July 19, 2007, the United States filed a Verified Complaint For Forfeiture In Rem ("Compl.") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) (2000). Compl. ¶ 1.  The complaint alleges that the defendant properties – One 2002 BMW 745 LI sedan, VIN: WBAGN634X2DR06697and One 2001 Silver Mercedes Benz S500, VIN: WDBNG75J11A138653– were involved in money laundering and constitute or were derived from proceeds traceable to "'a specified unlawful activity,' including proceeds from forged securities and wire or mail fraud schemes." Id. ¶¶ 1.  A Warrant for Arrest In Rem for the defendant property was issued on July 19, 2007, and the properties were subsequently seized by the United States.  Currently before this Court are Duane McKinney's Motion for Return of Seized Property, Edna McKinney's Motion for Return of Seized Property, the government's Motion to Strike Answer and Opposition to Motion for Return of Seized Property and Memorandum of Point and Authorities in Support Thereof, and the government's Motion for Order.  Because the instant action is related to a pending criminal matter, United States v. McKinney, Cr. No. 07-113 (D.D.C. filed April 27, 2007), the Court finds that a stay of the instant

forfeiture action pending resolution of the underlying criminal litigation would promote efficiency and conserve party and judicial resources. Accordingly, it is hereby on this 10th day of December 2007

**ORDERED** that the instant action shall be stayed pending resolution of the underlying criminal matter.  It is further

**ORDERED** that all pending motions in the instant action shall be denied without prejudice.  It is further

**ORDERED** that this matter shall be administratively closed pending resolution of the related criminal proceeding.

**SO ORDERED**.

/s/_____
 Reggie B. Walton
 United States District Judge